(93 South. 915)

No. 25491.

**STATE v. RUIZ.**

**In re RUIZ.**

(Oct. 30, 1922.)

*(Syllabus by the Court.)*

**Prohibition ⬦⟶24—Preliminary writ recalled, when applicant has obtained all desired relief.**

Where the purpose sought by the writ of prohibition is fully accomplished by the issuance of the preliminary order, no live issue remains before this court, and the writ will be recalled, to the end that the lower court may proceed in due course.

Adolph Ruiz was charged with an offense, and, after denial of a continuance, applied for certiorari and prohibition. Preliminary writ recalled.

Lemlé, Moreno & Lemle, of New Orleans, for relator.

C. A. Buchler, Dist. Atty, of Gretna, for the State.

By the WHOLE COURT.

ST. PAUL, J. Plaintiff was charged with crime in Jefferson parish (carrying concealed weapons). His trial was fixed for July 22d last, and for reasons, presently immaterial, he conceived that he was entitled to a continuance *at that time.*

When this was denied him, he applied to this court and obtained from one of the justices thereof a preliminary writ of certiorari and prohibition.

As relator thus obtained the full measure of relief which he sought, and there is no longer any live issue before the court, the writ must now be recalled, to the end that the trial may be proceeded with in due course.

Decree.

The preliminary writ herein issued is therefore recalled.